# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2133

_____

| | | |
|---|---|---|
| Duane J. Schumacher; Sheri L. Schumacher, | * * * | |
| Appellants, | * * | |
| v. | * * * | Appeal from the United States District Court for the District of Minnesota. |
| Patricia Schaal, in her individual capacity; D. N. Gunderson, individual capacity; Robert Harris, in his individual capacity; United States of America, | * * * * * * | UNPUBLISHED |
| Appellees. | * | |

_____

Submitted: September 7, 1998
Filed: September 15, 1998

_____

Before WOLLMAN, HANSEN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Duane J. and Sheri L. Schumacher brought suit against the United States, two IRS agents, and a bank officer, claiming the IRS had wrongfully assessed taxes and

levied against their bank account. The district court[1] dismissed certain claims and granted summary judgment on the remaining claims.

On appeal, the Schumachers reassert their arguments that the IRS agents acted beyond their authority in issuing a levy against their account, that the levy was technically invalid, and that the IRS was required to prepare a substitute return.

After carefully reviewing the record and the parties' briefs, we conclude the district court's judgment was correct. The arguments raised by the Schumachers below and on appeal are contrary to the plain language of most of the cited Internal Revenue Code provisions, and to decades of case law interpreting those provisions. For this reason, we also grant the government defendants' motion for sanctions against the Schumachers in the amount of $ 1,500.00. See Fed. R. App. P. 38, United States v. Gerads, 999 F.2d 1255, 1256 (8th Cir. 1993) (per curiam), cert. denied, 510 U.S. 1193 (1994).

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.